UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

    Plaintiff,

vs.

    Case No. 19-CV-11683

    HON. GEORGE CARAM STEEH

GATEWAY FOUNDATION INC.
et al.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORTS AND RECOMMENDATIONS [ECF Nos. 80 and 81]

Plaintiff Michael Mohammed Salami filed this *pro se* civil rights action on June 6, 2019. Plaintiff alleges that prison official ("MDOC Defendants") violated her First Amendment rights and rights under the Religious Land Use and Institutionalized Persons Act. ECF No. 18. Plaintiff also alleges that during a previous parole from prison, defendant Gateway Foundation, Inc. and affiliated individuals ("Gateway Defendants") violated his First Amendment rights by making his eligibility for continued parole contingent on attending Alcoholics Anonymous ("AA") and Narcotics Anonymous ("NA") meetings. *Id*. The Gateway Defendants filed a motion to dismiss with an alternative request for a more definite statement under Rule 12(e) (ECF No. 60), and the MDOC Defendants filed a motion to dismiss or for

summary judgment (ECF No. 62). Both motions were referred to the Magistrate Judge for report and recommendation. Plaintiff filed a motion for leave to amend complaint within 21 days of the two dispositive motions. ECF No. 69. While a proposed amended complaint was not filed, plaintiff listed all the ways he would change his earlier complaint. The Magistrate Judge granted plaintiff's motion for leave to amend, to be filed within 30 days. ECF No. 79.

The matter is before the court on two reports and recommendations issued by the Magistrate Judge. ECF Nos. 80 and 81. The Magistrate Judge recommends denying without prejudice defendants' dispositive motions and granting the request for a more definite statement. As noted by the Magistrate Judge, "[a]ssuming that it conforms with Rule 8(a), Plaintiff's soon-to-be filed amended complaint will suffice as his more definite statement."

No timely objections were filed to either report and recommendation. This Court agrees with and adopts the analysis conducted and recommendations made by the Magistrate Judge. Now, therefore, for the reasons stated by the Magistrate Judge, the recommendations are adopted as orders of the court.

IT IS HEREBY ORDERED that the Gateway Defendants' motion to

dismiss be DENIED without prejudice and the request for a more definite statement be GRANTED [ECF No. 60].

IT IS HEREBY FURTHER ORDERED that the MDOC Defendants' motion to dismiss or for summary judgment be DENIED without prejudice [ECF No. 62].

Dated: August 28, 2020

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 28, 2020, by electronic and/or ordinary mail and also on Michael Mohammed Salami #879045, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811

s/Brianna Sauve
Deputy Clerk