UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

      Plaintiff,

vs.

GATEWAY FOUNDATION INC.
et al.,

      Defendants.
_____/

Case No. 19-CV-11683

HON. GEORGE CARAM STEEH

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 86]

Plaintiff Michael Mohammed Salami filed this *pro se* civil rights action on June 6, 2019. Plaintiff alleges that during the time that she was paroled, Defendant Gateway Foundation, Inc. and affiliated individuals ("Gateway Defendants") violated her First Amendment rights by making her eligibility for continued parole contingent on her attending Alcoholics Anonymous ("AA") meetings (ECF No. 18).[1] Plaintiff alleges that her mandatory attendance at the "Christian based" meetings violated her rights under the Establishment Clause of the First Amendment and Religious

---

[1] Plaintiff states in another ongoing lawsuit that she has gender dysphoria and identifies as female. *Salami v. Trombley*, 19-11558. The Court therefore uses the pronouns "she" and "her" when referring to Plaintiff.

Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc, *et. seq.* She also alleges that during her subsequent re-incarceration, prison officials violated her First Amendment and RLUIPA rights. Plaintiff filed two motions for preliminary injunction (ECF No. 24 and 30) which were referred for a Report and Recommendation ("R&R") under 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge prepared a report recommending that the pending motions be denied without prejudice (ECF No. 86). No timely objections were filed to the R&R. This Court agrees with and adopts the analysis conducted and recommendation made by the Magistrate Judge. Now, therefore, for the reasons stated by the Magistrate Judge in the R&R,

   IT IS HEREBY ORDERED that the R&R (ECF No. 86) is ADOPTED as an order of this Court.

   IT IS HEREBY FURTHER ORDERED that Plaintiff's motions for preliminary injunction (ECF Nos. 24, 30) are DENIED without prejudice.

Dated:   November 12, 2020

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 12, 2020, by electronic and/or ordinary mail and also on Michael Mohammed Salami #879045, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811

s/Brianna Sauve
Deputy Clerk