UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

    Plaintiff,

vs.

GATEWAY FOUNDATION INC.
et al.,

    Defendants.
_____/

Case No. 19-CV-11683

HON. GEORGE CARAM STEEH

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION [ECF NO. 96] AND GRANTING
GATEWAY DEFENDANTS' MOTION TO DISMISS (ECF NO. 90)
AND MDOC DEFENDANTS' MOTION TO DISMISS (ECF NO. 88)

This is a *pro se* prisoner/parolee civil rights case brought under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA), 42 U.S.C.A. § 2000cc-1, *et seq*.  Plaintiff Michael Mohammed Salami is suing defendants for requiring her to attend Alcoholics Anonymous (AA) classes and say "religious propaganda" as a condition of her parole.  Defendants Gateway Foundation, Inc., Warren, Webster, Daniellis, and Myriecks ("Gateway Defendants") have filed a motion to dismiss (ECF No. 90), and Michigan Department of Corrections defendants Heather Stevens, Sarah Valade, and Heidi Washington ("MDOC Defendants") have filed a renewed motion to dismiss and/or for

- 1 -

summary judgment (ECF No. 88).   Both motions were referred to the Magistrate Judge for report and recommendation ("R&R").   The Magistrate Judge ordered Salami to respond to each motion twice (ECF Nos. 91, 95) but she failed to do so.   The Magistrate Judge issued her R&R recommending that the motions be granted and that the case be dismissed (ECF No. 96).

No timely objections were filed to the R&R.   The Court agrees with and adopts the analysis conducted and recommendations made by the Magistrate Judge.   Now, therefore,

IT IS HEREBY ORDERED that the Magistrate Judge's R&R (ECF No. 96) is ADOPTED by the Court.

IT IS HEREBY FURTHER ORDERED that the Gateway Defendants' motion to dismiss (ECF No. 90) is GRANTED.

IT IS HEREBY FURTHER ORDERED that the MDOC Defendants' motion to dismiss and/or for summary judgment (ECF No. 88) is GRANTED.

Dated:   April 6, 2021

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

- 3 -

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 6, 2021, by electronic and/or ordinary mail and also Michael Mohammed Salami #879045, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811.

s/Leanne Hosking
Deputy Clerk